UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- -X

|  |  |  |
|---|---|---|
| Robert Saffer, | : | |
| | : | |
| | : | |
| Plaintiff(s), | : | 1:24 Civ. 01850 (LGS) |
| -v- | : | Amended |
| Convalt Energy, Inc. and Hari Achuthan, | : | CIVIL CASE |
| | : | MANAGEMENT PLAN |
| Defendant(s). | : | AND SCHEDULING |
| | : | ORDER |
| | X | |

LORNA G. SCHOFIELD, United States District Judge:

This Civil Case Management Plan is submitted by the parties in accordance with Fed. R. Civ. P. 26(f)(3).

1.    All parties [consent _____ / do not consent X    ] to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. *See* 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. *[If all parties consent, the remaining paragraphs need not be completed.]*

2.    The parties [have X / have not] conferred pursuant to Fed. R. Civ. P. 26(f).

3.    This case is governed by one of the following sets of rules, and the parties' proposed dates in this order have been adjusted accordingly.

   a.    An employment case governed by the Initial Discovery Protocols for Employment cases? https://nysd.uscourts.gov/hon-lorna-g-schofield.
       [Yes _____ / No X    ]

   b.    A case governed by Local Civil Rule 83.10, Plan for Certain § 1983 Cases Against the City of New York? https://nysd.uscourts.gov/rules.
       [Yes _____ / No X    ]

   c.    A patent case subject to the Local Patent Rules and the Court's Individual Rules? https://nysd.uscourts.gov/rules and https://nysd.uscourts.gov/hon-lorna-g-schofield
       [Yes _____ / No X    ]

   d.    A wage and hour case governed by Initial Discovery Protocols for Fair Labor Standards Act? https://nysd.uscourts.gov/hon-lorna-g-schofield.
       [Yes X / No  ]

1

4.     Alternative Dispute Resolution/Settlement

   a.     Settlement discussions [have  / have not X ] taken place.

   b.     Counsel for the Parties have discussed an informal exchange of information in aid
          of early settlement and have agreed to exchange information for that purpose.

   c.     Counsel for the Parties have discussed the use of a settlement conference before a
          Magistrate Judge. Counsel for the Parties propose the conference take place
          within 60 days of the Court's ruling on Plaintiff's Motion to file a Second
          Amended Complaint, and, if necessary, Defendants' Motion to Dismiss.

   d.     Counsel for the Parties recommend that the alternate dispute resolution
          mechanism designated in paragraph 4(c) be employed within 60 days of the
          Court's ruling on Plaintiff's Motion to file a Second Amended Complaint, and, if
          necessary, Defendants' Motion to Dismiss.

   **e.     The use of any alternative dispute resolution mechanism does not stay or
          modify any date in this Order.**

5.     No additional parties may be joined after June 5, 2024 without leave of Court.

6.     Amended pleadings may be filed without leave of Court until July 8, 2024.

7.     Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed no later than

   f.     Plaintiff's position: Within 14 days of the parties' Rule 26(f) conference.

   g.     Defendants' position:  14 days after the Court rules on Defendants' anticipated
          motion to dismiss.

8.     Fact Discovery                                    November 2, 2024

                                                         ~~September 3, 2024~~
   a.     All fact discovery shall be completed no later than: ~~Plaintiff requests 90 days
          of fact discovery beginning June 5, 2024. Defendants request 120 days of
          discovery beginning the day the Court rules on the Defendants' Motion to
          Dismiss.~~

   b.     Initial requests for production of documents pursuant to Fed. R. Civ. P. 34 ~~shall
          be served by 14 days after Court's ruling on Defendants' Motion to Dismiss.~~

   c.     Responsive documents shall be produced within 30 days after the initial request
          for production is made.
          Do the parties anticipate e-discovery? [Yes X / No    ]

d.   Interrogatories pursuant to Fed. R. Civ. P. 33 ~~shall be served by 14 days after Court's ruling on Defendants' Motion to Dismiss.~~

e.   Depositions pursuant to Fed. R. Civ. P. 30, 31 shall be completed by 30 days before close of all fact discovery.

f.   Requests to admit pursuant to Fed. R. Civ. P. 36 shall be served by 30 days before close of all fact discovery.

g.   **Any of the deadlines in paragraphs 8(b) through 8(f) may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 8(a).**

9.   Expert Discovery [if applicable]
a.   Anticipated types of experts if any:

Neither party intends to call an expert witness at this time.

b.   If you have identified types of experts in question 9(a), all expert discovery shall be completed no later than
*[Within 45 days from the date in paragraph 8(a), i.e., the completion of all fact discovery, absent exceptional circumstances.]* Omit if you have not identified types of experts.

c.   If you have identified types of experts in question 9(a), by *[no later than one month before the date in paragraph 8(a), i.e., the completion of all fact discovery]* the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents and depositions, provided that (i) expert report(s) of the party with the burden of proof shall be due before those of the opposing party's expert(s); and (ii) all expert discovery shall be completed by the date set forth in paragraph 9(b).

10.   This case [is_____ / is not X ] to be tried to a jury.

11.   Counsel for the parties have conferred and their present best estimate of the length of trial is four days.

12.   Other issues to be addressed at the Initial Pretrial Conference, including those set forth in Fed. R. Civ. P. 26(f)(3), are set forth below:

13.   Status Letters and Conferences
August 11, 2024
a.   By ~~60 days after the commencement of fact discovery~~, the parties shall submit a joint status letter, as outlined in Individual Rule III.D.3.
~~September 17, 2024~~  November 18, 2024
b.   By ~~14 days after the close of fact discovery~~, the parties shall submit a joint status letter, as outlined in Individual Rule III.D.3 and, in the event that they have not already been referred for settlement discussions, shall also advise the Court

3

whether or not they request a referral for settlement discussions as provided in Paragraph 4(c) above.

c.  ~~September 18, 2024, at 4:10 P.M.~~  November 20, 2024, at 4:10 P.M. ~~Fourteen days after the close of all discovery~~, a pre-motion conference will be held for any anticipated dispositive motions, provided:

    i.  A party wishing to file a summary judgment or other dispositive motion shall file a pre-motion letter **at least two weeks before the** conference and in the form provided in the Court's Individual Rule III.A.1. Any party wishing to oppose shall file a responsive letter as provided in the same Individual Rule. The motion will be discussed at the conference. To join the conference, the parties shall call (888) 363-4749 and use Access Code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed at that time.

    ii.  **If no pre-motion letter is timely filed, this conference will be canceled and the matter placed on the Court's trial-ready calendar.** The parties will be notified of the assigned trial-ready date and the filing deadlines for pretrial submissions. The parties are warned that any settlement discussions will not stay pretrial deadlines or the trial date.

This Order may not be modified or the dates herein extended, except as provided in paragraph 8(g) or by further Order of this Court for good cause shown. Any application to modify or extend the dates herein, except as provided in paragraph 8(g), shall be made in a written application in accordance with the Court's Individual Rules and shall be made no less than 2 business days prior to the expiration of the date sought to be extended.

Notwithstanding any other rules governing discovery or other deadlines, the parties shall follow the deadlines set forth herein unless expressly ordered otherwise by the Court.

The Clerk of Court is directed to enter the dates under paragraphs 5, 6, 8(a), 9(b)-(c) and 13(a)-(c) into the Court's calendar, and to schedule the conference under paragraph 13(c) as a Pre-Motion Conference, even though the conference will be held by telephone.

4

SO ORDERED.

~~June 12, 2024~~  August 20, 2024

Dated: ~~May 29, 2024~~
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Counsel for the Parties:

*/s/ Michael J.D. Sweeney*                  */s/ Joseph A. Piesco*

Michael J.D. Sweeney                        Joseph A. Piesco
Getman, Sweeney & Dunn PLLC                 DLA PIPER, LLC
260 Fair Street                             1251 Avenue of the Americas
Kingston, NY  12401                         New York, NY 10020
(845) 255-9370                              (212) 335-4537
msweeney@getmansweeney.com                  joseph.piesco@us.dlapiper.com

*Counsel for Plaintiff*                     *Counsel for Defendants*

5