UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT SAFFER,

                           Plaintiff,

          -against-

CONVALT ENERGY, INC. & HARI ACHUTHAN,

                         Defendants.
------------------------------------------------------------X

24 Civ. 1850 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on September 6, 2024, the Court was informed that the parties have reached a settlement agreement in principle. It is hereby

      **ORDERED** that, by **September 20, 2024**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015*), cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

      **ORDERED** that all conferences and trial are **CANCELED**.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 54.

Dated: September 9, 2024
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                   **UNITED STATES DISTRICT JUDGE**