```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/15/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT SAFFER,

        Plaintiff,

-against-

CONVALT ENERGY, INC., et al.,

        Defendants.

24-CV-01850 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The parties have settled their claims and counterclaims, including claims brought under the Fair Labor Standards Act (FLSA); have moved for judicial approval of their settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), (Dkt. 57); and have consented, pursuant to 28 U.S.C. § 636(c), to have Judge Moses determine their *Cheeks* motion and enter a final order thereon. (Dkt. 58.)

    Judge Schofield ordered the parties to submit " supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable." (Dkt. 55) (citing *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-6 (S.D.N.Y. 2012)). "In the Second Circuit, that entails submitting contemporaneous billing records documenting, for each attorney, the date, the hours expended, and the nature of the work done." *Wolinsky*, 900 F. Supp. 2d. at 336. Plaintiff's counsel's billing records are not included in the parties' *Cheeks* papers. Consequently, it is hereby **ORDERED** that plaintiff shall submit, no later than **October 21, 2024**, his counsel's contemporaneous time and expense records, properly authenticated, as well as his contingency fee agreement (if any) with counsel.

Dated: New York, New York
       October 15, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**